JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>          Plaintiffs,<br><br>  v.<br><br>NJOY, INC., a Delaware corporation, and DOES 1-5, Inclusive,<br><br>          Defendant. | Case No. CV 14-9263-GW(MRWx)<br><br>**ORDER GRANTING DISMISSAL** |
|---|---|
| AND RELATED COUNTERCLAIMS | |

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant NJOY, Inc. ("NJOY"), the Court hereby ORDERS as follows:

1. All claims and counterclaims between Fontem and NJOY in Case No. CV14-8144 shall be dismissed without prejudice.

2. Fontem and NJOY shall each bear its own fees and costs.

3. The Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement between Fontem and NJOY.

**IT IS SO ORDERED**.

DATED: November 16, 2015

GEORGE H. WU,
United States District Judge